```
ANDRES & BERGER, P.C.
264 Kings Highway East
Haddonfield, NJ   08033
(856) 795-1444
Attorneys for plaintiffs
MB 6260
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
HONORABLE JEROME B. SIMANDLE, CHIEF JUDGE
CAMDEN VICINAGE

| | |
|---|---|
| VERSIE L. DUPONT, general administrator and administrator *ad prosequendum* of the estate of LAKEISHA R. MAYNER-DUPONT, deceased, and VERSIE L. DUPONT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; EYTAN BARNEA M.D.; ERIC CHANG D.O.; MARILYN GORDON M.D.; SHAMEKA BUSSIE R.N.; DORIAN JACKSON R.N.P.; ANAIS ORTIZ R.N.; JOHN DOE #1-15 (fictitious); JANE ROE #1-15 (fictitious); and JOHN DOE EMPLOYERS #1-15 (fictitious), individually, jointly, severally, and/or in the alternative,<br><br>Defendants. | Civil Action no.<br>1:15 CV 03752 JBS AMD<br><br>Civil Action<br><br>ORDER TO DISBURSE SETTLEMENT INVOLVING MINOR CHILDREN |

THIS MATTER having come before the Court in accordance with local rule 5.3(d) and comment to local rule 5.3(d)(1), for approval of settlement, and the attorneys for the parties having reported to the Court that plaintiffs and defendant on behalf of itself and its agents and/or employees have arrived at a settlement of plaintiff's claim, and the Court having then taken proofs on the record and having approved said settlement;

IT IS on this 13th day of Sept., 2017, ORDERED that judgment is entered on behalf of plaintiff Versie L. Dupont, general administrator and administrator *ad prosequendum* of the estate of Lakeisha R. Mayner-DuPoint, deceased, and Versie L. Dupont, individually, in the gross amount of $450,000.00 as to defendant, United States of America, without costs and/or interest;

IT IS FURTHER ORDERED that the following deductions shall be made from the gross settlement and paid by defendant in separate drafts as follows:

    (a)  $248,569.77 to be paid to Versie L. Dupont, surviving spouse; and

    (b)  $10,000.00 to be paid to L.D., date of birth: 2007, Social Security no. 5611, surviving daughter; and

    (c)  $10,000.00 to be paid to S.D., date of birth: 2009, Social Security no. 0415, surviving daughter; and

    (d)  $75,000.00 to be paid to State of New Jersey representing Medicaid lien; and

      (e)    $81,189.92 to be paid to plaintiff's counsel for counsel fees; and

      (f)    $25,240.31 to be paid to plaintiff's counsel for actual disbursements, costs, and/or expenses; and

IT IS FURTHER ORDERED pursuant to R.4:48A that the net recovery of $10,000.00 shall be paid by or on behalf of defendant by check payable to the Surrogate of Camden County for the benefit of L.D. within __60__ days of the date of this order; and

IT IS FURTHER ORDERED pursuant to R.4:48A that the net recovery of $10,000.00 shall be paid by or on behalf of defendant by check payable to the Surrogate of Camden County for the benefit of S.D. within __60__ days of the date of this order.

_____
HONORABLE JEROME B. SIMANDLE
~~CHIEF~~ JUDGE