UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERSIE L. DUPONT, general administrator and administrator *ad prosequendum* of the estate of LAKEISHA R. MAYNER-DUPONT, deceased, and VERSIE L. DUPONT, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>*Civil Action No.* 1:15 CV 03752 (JBS)(AMD)<br><br>(SO ORDERED) CONSENT DECREE |

Upon consent by and between the Plaintiffs and Defendant the United States of America (collectively, the "Parties"), through their undersigned attorneys, the Parties hereby request in the above-captioned action that the claims against the Defendant be dismissed with prejudice, and that the Parties bear their own costs except as otherwise specified in the Parties' settlement agreement, it is hereby:

ORDERED that this action is hereby dismissed with prejudice.

Dated: September 14, 2017

| | |
|---|---|
| ANDRES & BERGER | WILLIAM E. FITZPATRICK<br>Acting United States Attorney |
| By: _____<br>Michael S. Berger<br>Attorney for Plaintiffs | By: _____<br>Jordan M. Anger<br>Assistant United States Attorney<br>Attorney for the Defendants |

So ordered this _____ day of _____, 2017.

                                                        BY THE COURT:

                                                        _____
                                                        JEROME B. SIMANDLE,
                                                        United States District Judge