UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERSIE L. DUPONT, general administrator and administrator *ad prosequendum* of the estate of LAKEISHA R. MAYNER-DUPONT, deceased, and VERSIE L. DUPONT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | HON JEROME B. SIMANDLE<br><br>Civil Action No. 1:15 CV 03752 (JBS)(AMD)<br><br>(SO ORDERED) CONSENT DECREE |

Upon consent by and between the Plaintiffs and Defendant the United States of America (collectively, the "Parties"), through their undersigned attorneys, the Parties hereby request in the above-captioned action that the claims against the Defendant be dismissed with prejudice, and that the Parties bear their own costs except as otherwise specified in the Parties' settlement agreement, it is hereby:

ORDERED that this action is hereby dismissed with prejudice.

ANDRES & BERGER

By: _____
Michael S. Berger
Attorney for Plaintiffs

WILLIAM E. FITZPATRICK
Acting United States Attorney

By: _____
Jordan M. Anger
Assistant United States Attorney
Attorney for the Defendants

SO ORDERED this 14th day of **September, 2017**

BY THE COURT:

_____
JEROME B. SIMANDLE
United States District Judge